

FILED
2007 OCT -5 PM 2:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Sebastian VALLE-Calderon | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

'07 MJ 2384

The undersigned complainant, being duly sworn, states:

On or about **October 4, 2007** within the Southern District of California, defendant, **Sebastian Valle-Calderon,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF OCTOBER 2007.

_____
UNITED STATES MAGISTRATE JUDGE



# PROBABLE CAUSE STATEMENT

Immigration and Customs Enforcement (ICE) SAC San Diego, Human Trafficking Division received information regarding a detained alien in Service custody. The information noted that a male named Sebastian VALLE-Calderon (Valle) had been taken into Service custody from the San Diego County Sheriff's Office. Record checks uncovered that VALLE had multiple arrests relating to Improper Entry by Alien (8 USC 1325). Records checks also revealed a photograph of Valle.

Records checks revealed VALLE is a previously removed alien. VALLE was ordered removed by an Immigration Judge on April 5, 2006 he was removed to Mexico via the San Ysidro Port of Entry, San Ysidro, California.

The complainant reviewed records maintained by ICE, which indicate VALLE is a citizen and national of Mexico by birth. Also, contained in the file is Immigration and Naturalization Service Form I-296, Notice to Alien Ordered Removed/Departure Verification, dated April 5, 2006 with VALLE fingerprint and photograph, indicating that VALLE was removed to Mexico through the San Ysidro Port of Entry in San Ysidro, California. Additionally contained in the Alien Registration File were Immigration and Naturalization Service form I-213, Record of Deportable Alien further identifying VALLE as a citizen and national of Mexico. The complainant was unable to find any records that indicate VALLE applied to the U.S. Attorney General or designated successor, the Secretary of the Department of Homeland Security to lawfully re-enter the United States subsequent to his last removal from the United States.

On October 5, 2007, ICE SA Frances K. Bench and Javier Enriquez interviewed VALLE at the San Diego Detention & Removal Office. The post Miranda statement made by VALLE noted the following: Valle stated he was a citizen of Mexico by virtue of his birth and both of his parents were also citizens of Mexico by birth. Valle added that he has never had any immigration documents allowing him to live in the U.S. legally. Valle stated that on or about December 2006 he entered the U.S. illegally by walking through the hills and paid $1500 to an unidentified smuggler for smuggling him into the U.S.

Valle stated he was removed in early 2006 by an Immigration Judge and knew it was against the law to enter the U.S. illegally and re-enter after having been removed by an Immigration Judge. Valle stated he returned to the U.S. to work and to be with his girlfriend and son. Valle stated he did not ask for permission from the Attorney General or the Secretary of Homeland Security to re-enter the U.S.

On the basis of the above information, the complainant concludes that there is probable cause to believe that Sebastian VALLE-Calderon has committed a criminal violation of Title 8, United States Code, Section 1326.