1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Sebastian Valle-Calderon

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,        )   Case No. 07MJ2384
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14 | SEBASTIAN VALLE-CALDERON,        )
                                     )
15 |         Defendant.               )
   |_____ )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23 DATED:     October 11, 2007        /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Sebastian Valle-Calderon
25

26

27

28