```
                                                        FILED
                                                    07 OCT 17 AM 9:32
                                                    CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA

                                                    BY: ___PDV___  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07 CR 2875 — JAH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1326(a) – |
| SEBASTIAN VALLE-CALDERON, ) | Deported Alien Found in the United States |
| Defendant. ) | |

The grand jury charges:

On or about October 2, 2007, within the Southern District of California, defendant SEBASTIAN VALLE-CALDERON, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

PLS:nlv:San Diego
10/16/07

